No. 1499.—RICHARD FRANCIS *v.* W. T. LAVINE et als.

In a suit for the liquidation and settlement of partnership transactions and accounts and a partition of the property held in common, all the partners or parties interested must be cited and made parties.

21b 265|
52 1221|

APPEAL from the Second Judicial District Court, parish of Plaquemines. *Cazabat,* J. *E. Howard McCaleb,* for plaintiff and appellee. *M. B. Dubuisson* and *George L. Bright,* for defendants and appellants.

LUDELING, C. J. This is a suit for a settlement of a partnership and partition of the partnership property,

John T. Gersdorf, and others of the defendants, have not been cited. The sheriff's return states that service of citation was made " by leaving the same with Asa Payson, the captain of the Pilot's Association, at Southwest Pass, in this parish, the said Gersdorf being absent at the time of said service." A similar return was made on the citations directed to three others of the defendants. The service is defective. C. P. Arts. 187, 190. It is well- settled that in suits for the liquidation and settlement of partnership transactions and accounts, and for a partition of property held in common, all the partners, or parties interested, must be made parties to the suit. 6 N. S. 188 ; 6 La. 689.

It is therefore ordered, adjudged and decreed that the judgment of the District Court be reversed, and that this case be remanded to be proceeded with according to law.